# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Sapphire Crossing LLC,**<br><br>    Plaintiff,<br><br>    v.<br><br>**Wave Financial USA Inc.,**<br><br>    Defendant. | Case No.<br><br>Patent Case<br><br>Jury Trial Demanded |

## PLAINTIFF SAPPHIRE CROSSING LLC'S NOTICE OF RELATED CASES

Plaintiff Sapphire Crossing LLC files this notice of related cases. Plaintiff filed related patent infringement actions in these cases below:

| Case | Case Filing Date |
|---|---|
| Sapphire Crossing LLC v. Investors Bancorp, Inc.<br>2-18-cv-05527 (DNJ) | 4/5/2018 |
| Sapphire Crossing LLC v. Lakeland Bancorp, Inc.<br>2-18-cv-05528 (DNJ) | 4/5/2018 |
| Sapphire Crossing LLC v. Valley National Bancorp<br>2-18-cv-05529 (DNJ) | 4/5/2018 |
| Sapphire Crossing LLC v. Citizens Financial Group, Inc.<br>1-18-cv-00513 (DDE) | 4/4/2018 |
| Sapphire Crossing LLC v. Great Western Bancorp, Inc.<br>1-18-cv-00514 (DDE) | 4/4/2018 |
| Sapphire Crossing LLC v. Blackhawk Bancorp, Inc.<br>3-18-cv-00291 (WDWI) | 4/23/2018 |
| Sapphire Crossing LLC v. Woodford Bancshares, Inc.<br>3-18-cv-00293 (WDWI) | 4/23/2018 |
| Sapphire Crossing LLC v. Ibotta, Inc.<br>1-18-cv-01716 (DDE) | 10/31/2018 |
| Sapphire Crossing LLC v. Robinhood Markets, Inc.<br>1-18-cv-01717 (DDE) | 10/31/2018 |
| Sapphire Crossing LLC v. Groupon, Inc.<br>1-18-cv-07277 (NDIL) | 10/31/2018 |

| | |
|---|---|
| Sapphire Crossing LLC v. Intuit Inc.<br>1-18-cv-01856 (DDE) | 11/21/2018 |
| Sapphire Crossing LLC v. The NPD Group, Inc.<br>2-18-cv-07263 (EDNY) | 12/20/2018 |
| Sapphire Crossing LLC v. HealthEquity, Inc.<br>1-18-cv-02072 (DDE) | 12/28/2018 |
| Sapphire Crossing LLC v. Kimberly-Clark Corporation<br>1-18-cv-02073 (DDE) | 12/28/2018 |
| Sapphire Crossing LLC v. Visa Inc.<br>1-18-cv-02074 (DDE) | 12/28/2018 |
| Sapphire Crossing LLC v. WEX Health, Inc.<br>1-18-cv-02075 (DDE) | 12/28/2018 |
| Sapphire Crossing LLC v. Xero, Inc.<br>1-18-cv-02076 (DDE) | 12/28/2018 |
| Sapphire Crossing LLC v. Concur Technologies, Inc.<br>1-19-cv-01442 (NDIL) | 2/28/2019 |
| Sapphire Crossing LLC v. Kellogg Company d/b/a Kellogg's<br>1-19-cv-00415 (DDE) | 2/28/2019 |
| Sapphire Crossing LLC v. WageWorks, Inc.<br>1-19-cv-00416 (DDE) | 2/28/2019 |
| Sapphire Crossing LLC v. Netsmart Technologies, Inc.<br>1-19-cv-01401 (DDE) | 7/29/2019 |
| Sapphire Crossing LLC v. Robinhood Markets, Inc.<br>1-19-cv-01402 (DDE) | 7/29/2019 |
| Sapphire Crossing LLC v. Algoworks Solutions, Inc<br>3-19-cv-04368 (NDCA) | 7/30/2019 |
| Sapphire Crossing LLC v. Idatix Corporation<br>8-20-cv-00228 (MDFL) | 1/29/2020 |
| Sapphire Crossing LLC v. Kofax, Inc.<br>1-20-cv-00149 (DDE) | 1/30/2020 |
| Sapphire Crossing LLC v. London Computer Systems, Inc.<br>1-20-cv-00407 (SDOH) | 5/21/2020 |
| Sapphire Crossing LLC v. Abbyy Production LLC<br>4-20-cv-03590 (NDCA) | 5/29/2020 |
| Sapphire Crossing LLC v. Evernote Corporation<br>5-20-cv-03593 (NDCA) | 5/29/2020 |
| Sapphire Crossing LLC v. Expensify, Inc.<br>1-20-cv-00726 (DDE) | 5/29/2020 |

| | |
|---|---|
| Sapphire Crossing LLC v. Infusion Software, Inc. 1-20-cv-01135(DDE) | 8/27/2020 |
| Sapphire Crossing LLC v. Sansan, Inc. 1-20-cv-01136DDE) | 8/27/2020 |
| Sapphire Crossing LLC v. HubSpot, Inc. 1-20-cv-01134 (DDE) | 8/27/2020 |
| Sapphire Crossing LLC v. HubSpot, Inc 1-20-cv-01134 (DDE) | 8/27/2020 |
| Sapphire Crossing LLC v. Infusion Software, Inc. 1-20-cv-01135 (DDE) | 8/27/2020 |
| Sapphire Crossing LLC v. Sansan, Inc. 1-20-cv-01136 (DDE) | 8/27/2020 |
| Sapphire Crossing LLC v Receipt Bank Limited 1-20-cv-01308 (DDE) | 9/29/2020 |
| Sapphire Crossing LLC v The Neat Company, Inc. 1-20-cv-01309 (DDE) | 9/29/2020 |
| Sapphire Crossing LLC v Rydoo Inc. 1-21-cv-00296 (DDE) | 2/26/2021 |
| Sapphire Crossing LLC v Shoeboxed Inc. 1-21-cv-00297 (DDE) | 2/26/2021 |

Dated: March 30, 2021           Respectfully submitted,


CHONG LAW FIRM PA

*/s/ Jimmy Chong*
Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (877) 796-4627
Email: chong@chonglawfirm.com

3

## CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on March 30, 2021, via the Court's CM/ECF system.

                                      /s/ *Jimmy Chong*_____
                                      Jimmy Chong (#4839)